IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JARVON D. GREEN,** | 2:22-cv-01053-TLN-JDP (PC) |
| Plaintiff, | **(PROPOSED) ORDER** |
| v. | |
| **R. KERSH, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to January 19, 2023.

IT IS SO ORDERED.

Dated:   October 21, 2022                    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE