IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVON D. GREEN,**<br><br>                                  Plaintiff,<br><br>            v.<br><br>**R. KERSH, et al.,**<br><br>                                  Defendants. | Case No. 2:22-cv-01053 TLN JDP<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' APPLICATION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

   Having read and considered Defendants' Application to Modify the Discovery and Scheduling Order, the declaration of Defendants' counsel supporting the application, and for good cause appearing, the application is **GRANTED**.

   The discovery cut-off, including any discovery motions, is extended to September 2, 2024.

IT IS SO ORDERED.

Dated:  July 18, 2024                                                       _____
                                                                                         JEREMY D. PETERSON
                                                                                         UNITED STATES MAGISTRATE JUDGE