IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVON D. GREEN,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. KERSH, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-01053 TLN JDP<br><br>[PROPOSED] ORDER |

　　　Defendants have moved for a twenty-one day extension of time to comply with this Court's August 19, 2024 discovery order requiring the parties to file a stipulated protective order. (ECF No. 59.) Good cause appearing, Defendants' motion, ECF No. 64, is granted. The parties have until September 30, 2024 to file a stipulated protective order related to the production of the documents the Court ordered Defendants to produce in the August 19, 2024 Order.

IT IS SO ORDERED.

Dated:　September 16, 2024　　　　　　　　　　　　　　/s/ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1