IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVON D. GREEN,** | Case No. 2:22-cv-01053-TLN-JDP |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **R. KERSH, et al.,** | |
| Defendants. | |

Defendants have moved for an extension of time to file their reply brief in support of the Motion for Summary Judgment. (ECF No. 60.) Good cause appearing, Defendants' motion is granted. Defendants have until November 1, 2024 to file a reply brief in support of their motion for summary judgment.

IT IS SO ORDERED.

Dated:   October 23, 2024                                  _____
                                                           JEREMY D. PETERSON
                                                           UNITED STATES MAGISTRATE JUDGE