UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARVON D. GREEN,

              Plaintiff,

     v.

R. KERSH, *et al.*,

              Defendants.

Case No.  2:22-cv-1053-TLN-JDP (P)

ORDER

The parties settled this case on March 3, 2025, ECF No. 79, and it closed on March 25, 2025.  ECF No. 81.  More than a year later, plaintiff has filed a motion stating that he has not received the settlement payment he was promised.  ECF No. 83.  Defendants have filed a response stating that the agreed upon funds were paid on October 27, 2025.  ECF No. 84 at 1-2.  Based on defendants' representation, it is ORDERED that plaintiff's motion for settlement payment, ECF No. 83, is DENIED.

IT IS SO ORDERED.

Dated:    June 30, 2026

                                     

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1